

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Billy Max Collins, Appellant

No. 06-13-00214-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F8793). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the $1,500.00 attorney's fees assessment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Billy Max Collins, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk